UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS SCHUCKER, EDWARD FRYAR, VIRGILIO VALDEZ, TOM SHAFER, STEVEN HEINRICH and SHANE BOWER on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>FLOWERS FOODS, INC., LEPAGE BAKERIES PARK ST., LLC, C.K. SALES CO., LLC and JOHN DOE 1-10,<br><br>Defendants. | **REDACTED VERSION**<br><br>Case No. 7:16-cv-3439 (KMK) (PED)<br><br>**DECLARATION OF RANDY J. PERLMUTTER IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFFS' MOTION TO AMENDED COMPLAINT** |

RANDY J. PERLMUTTER hereby declares the following to be true and correct under penalty of perjury, pursuant to U.S.C. § 1746:

1. I am a partner with the law firm of Kantrowitz, Goldhamer & Graifman, P.C., attorneys for Plaintiffs. I am familiar with the facts and circumstances set forth herein and make this declaration in in Opposition to Defendants' Motion for Summary Judgment and in further Support of Plaintiffs' Motion to Amend Complaint.

2. Attached as Exhibit "1" is a true and correct copy of relevant excerpts from the Deposition of Jake Linthicum.

3. Attached as Exhibit "2" is a true and correct copy of relevant Exhibits to the Deposition of Lake Linthicum.

4. Annexed as Exhibit "3" is a true and correct copy of relevant excerpts from the Deposition of Virgilio Valdez.

1

5. Annexed as Exhibit "4" is a true and correct copy of relevant excerpts from the Deposition of Ross Schucker.

6. Annexed as Exhibit "5" is a true and correct copy of relevant excerpts from the Deposition of Steven Heinrich.

7. Annexed as Exhibit "6" is a true and correct copy of relevant excerpts from the Deposition of Shane Bower.

8. Annexed as Exhibit "7" is a true and correct copy of relevant excerpts from the Deposition of Tom Shafer.

9. Annexed as Exhibit "8" is a true and correct copy of relevant excerpts from the Deposition of Edward Fryar.

10. Annexed as Exhibit "9" are true and correct copies of sample documents provided by Defendant[1] that represent ▇▇▇▇ and communications between Defendants and stores regarding ▇▇▇▇ and quantities.

> BS 0033624 – 0033633, 0033733-0033475, 0033478-0033480, 0033482 and 0033485 Defendants' arrangements with ▇▇▇▇;
>
> BS 0059185-0059186; an email from Defendants email directing Plaintiffs to ▇▇▇▇;
>
> BS 0091526-0091528, an exemplar list of required products in ▇▇▇▇;
>
> BS 0086792-0086794, Flowers' communication with ▇▇▇▇;

---

[1] Due to the voluminous amount of documents Defendants produced in discovery and the desire to conserve judicial time and resources, Plaintiffs have only submitted representative samples for the many exhibits attached.

BS **0026973-0026974**, Defendants' internal email communications regarding their arrangement with ███████████████████████ ███████ ; and

BS **0091524-0091525**, sample ███████████████████ .

11.    Annexed as Exhibit "10" are true and correct copies of Defendants' documents evidencing their ███████████████████ for Plaintiffs, including supervision.

BS **0078853 – 0078855**, communication from Defendants stating to Plaintiffs that ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████ ;

BS **0032401, 0059644, 0140624-0140625,** Defendants' directives to Bower, Valdez and Heinrich– ██████████████████████████████ ;

BS **005217**, email between Defendants' employees ███████████████████ ███████████████ ;

BS **0052714**, Flowers' email to sales managers regarding ████████████████ █████████ ;

BS **0140086**, Defendants emails showing ███████████████████ ██████ ;

BS **0075651**, email from ████████████████████████████████ ████████████████████████████ ;

BS **0139819**, email ████████████████████████████████████ ██████████████ ;

BS **0141883-0141884**, email from Flowers to Bollati ███████████████
████████████████;

BS **0141481** email from Bollati to Schucker stating ██████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████;

BS **0055123**, email from Flowers ████████████████████████████████;

BS **0056374-0056375**, Flowers email ██████████████████████.

12. Annexed as Exhibit "11" are true and correct copies Defendants' documents regarding their ████████████████████.

BS **0082692, 0082694, 0082696, 0012018, 0052737 and 0052740** are sample ███ ██████████████████ Defendants conduct to ████████████████
████████████████████████████████████████████████████;

BS **0140700-0140701**, Defendants' ████████████████████████████;

BS **0141416-0141417, 0140699**, Defendants' ██████████████████████
████████████████;

BS **0032400**, post-visit ██████████████████████████,

BS **0140703-0140704**, ██████████████████,

BS **0059640** email from ████████████████████████████████████;

BS **0139833**, email from ████████████████████████████████
██████████████████████████;

4

BS **0143083**, email from Flowers to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮;

BS **0082673-0082676**, email chain from Flowers to Bollati ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; and

BS **0142520** Bollati communication ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13.     Annexed as Exhibit "12" are true and correct copies of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, BS **000210, 000647, 000651, 000653, 000801, 000806, 000810, 000815, 000817** and **0141565**.

14.     Annexed as Exhibit "13" are true and correct copy of Defendants' documents regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

BS **0029920**, Flowers email to Bollati ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮;

BS **0025866** email from Bollati ▮▮▮▮▮▮▮▮▮▮▮▮▮▮;

BS **0018814** email from Flowers ▮▮▮▮▮▮▮▮▮▮▮▮▮▮;

BS **000808-000809** email from Flowers to Linthicum ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮;

5

BS **0079842-0079844** email chain ███████████████████████████████ ████████████████████████;

BS **0063044-0063047** email chain ███████████████████████████████ ████████████████████████;

BS **0095929** email from Flowers ██████████████████████████████ ████;

BS **0084465** from Flowers ████████████████████████;

BS **0141244** email from Bollati directing Bower ████████████████ ████████████████████;

BS **0017794** email from Flowers ████████████████████████;

BS **0030050** email from Bollati █████████████████████████ ██████████.

BS **0073490-0073495**, email from Flowers that directs ████████████ ████;

BS **0002096-0002098** email from ██████████████████████████ ████████████████████████

BS **0055177, 0055198**, Defendants' internal email ████████████████ ████████.

15.   Annexed as Exhibit "14" are true and correct copies of Defendants and Plaintiffs' documents concerning ████████████.

BS **0018613-0018615** is an email conversation between Flowers and Bollati ████ ████████████████████████████████████████████ ████████;

6

BS **0006646 and 0141211** are communications between from Linthicum to Bollati ███████████████████████████████████████;

BS **0141768, 0019985, 0016317-0016318, 0043856-0043857 and 0075418** emails from Bollati to Flowers ███████████████████████████████████████ ███████████████;

BS **0086796-0086797**, Defendants ███████████████████████████ █████;

BS **TS_000164-TS_000165** is a document Plaintiffs all signed ███████████ ███████████████████████████████████████ ███████████████.

16. Annexed as Exhibit "15" are true and correct copies of ███████████ ███████████████████████████████████████ █████

BS **0049981-0049983, 0049987-0049988, 0049990, 0050000-0050002, 0059028-0059029**

17. Annexed as Exhibit "16" are true and correct copies of Defendants' documents ███████████████████████.

BS **0142176, 0141869, 0141842, 0141845, 0141860, 0140832, 0140137, 00200036-00200037, 0028334**, emails between Bollati to Flowers ███████████████ ███████████████████████████████;

BS **0141843 and 0018602** representative samples of ███████████████████.

18. Annexed as Exhibit "17" are true and correct copies of Defendants' documents related to ███████████████████████████████████████████████████.

7

BS **0072428-0072429, 0072440-0072441, 0077684-0077687** are representative samples of ███████████████;

BS **0072448** email from Bollati requesting ████████████████████ ██; and

BS **0052729**, email from Bollati to Flowers ████████████████████.

19. Annexed as Exhibit "18" are true and correct copies of Defendants' documents related to ████████████.

BS **0141410-0141411, 0142271 and 0141089** Defendants' internal emails ██████ ████████████████████████████████████████

20. Annexed as Exhibit "19" are true and correct copies of Heinrich text messages ████████████████████████████████████████ ██████████████ (BS **SH 000145-000202**).

21. Annexed as Exhibit "20" are true and correct copies of ██████████ ████████████████████.

BS **0074638- 0074642, 0074644, 0074646** represent weeks 34-37, Sept. 2015,

BS **0079887-0079891, 0079893, 0079895** represent weeks 41-44, Nov. 2015,

BS **0085761-0085765, 0085767, 0085769** represent weeks 50-52 of 2015 and week 1 of 2016.

22. Annexed hereto as Exhibit "21" is a true and correct copy of the ██████████ ████████████████████████████████████████(BS **000504-000507**).

23. Annexed hereto as Exhibit "22" is a true and correct copy of the Complaint (Dkt. 23).

24. It is respectfully submitted that, for the reasons set forth in the Memorandum of Law, and supported by the exhibits annexed hereto, that Plaintiffs' motion for leave to amend the Complaint should be granted and Defendants' motion for summary judgment denied.

Dated: Chestnut Ridge, New York
       August 31, 2017

*s/Randy J. Perlmutter*
RANDY J. PERLMUTTER