# EXHIBIT "19"

## TO RANDY J. PERLMUTTER

## DECLARATION IN OPPOSITION

## TO MOTION FOR SUMMARY

## JUDGMENT

## AND IN SUPPORT OF MOTION FOR

## LEAVE TO AMEND COMPLAINT

●●○○○ Verizon  LTE          1:11 PM          ✈ 40% ■



(845) 420-2789

Wed, Sep 28, 9:18 AM

I spoke with Dave from Tastykake and he is going to bring your displays for your stores

Fri, Sep 30, 9:14 AM

Tasty kake bag donuts.
144 chocolate
144 powdered
48 cinnamon
48 pumpkin
48 apple

For next Friday

I called some number she seeing if we can get that request in I'll let you know as soon as possible

your order went through

Ok

    

SH_000145

  Verizon LTE   1:11 PM   39%

  

(845) 420-2789

No only donuts on the shelf

Ok. He says we can put up stacks. If you want you set those up, obviously in the back is not great, but it's a start. Anthony is fine with it.

Ok

It looks like they killed the X VB display was it in here today?

There's plenty of family packs on the Shelf

They probably put them all there and killed it

Unbelieveable.

Did they sell all the displays

Call me if you have a sec I'll explain

    Text Message 

 ●●ooo Verizon  LTE                1:11 PM                    ◢ 39% ▬▭



(845) 420-2789

I have news on Mohegan Lake
please call me if you have a
second today

Wed, Oct 5, 3:32 PM



  Text Me...



●●○○○ Verizon LTE          1:11 PM          ⬆ 39% ▭

(846) 420-2789

Fri, Oct 7, 1:38 PM

Matt is telling me you can place orders for Ralph for Friday, sensible grain is DC

Mon, Oct 10, 5:27 PM

Ralph is going to need a order for Walmart on Friday. Forgot to order it

How'd did the last order I put in for you do

You need an order put in for what day?

   ( Text Message ) 

SH_000148



●●○○○ Verizon LTE   1:11 PM   39% 🔋

(845) 420-2789


Friday

Ok - how did the last order do?
Do you want me to duplicate it?

Yes

Ok

Tue, Oct 11, 3:56 PM


Are those shippers for acme

Anyone

Not an Acme promo specific
from what I know.

Fri, Oct 14, 10:19 AM

[Auto-Reply]  I'm driving right
now – I'll get back to you later.

Fri, Oct 14, 12:09 PM



Text Message

SH_000149



(845) 420-2789



Fri, Oct 14, 1:44 PM



●●○○○ Verizon  LTE  1:12 PM  ◀ 39% ▮▮

(846) 420-2789



Sweet for how long

**Rollback is going till Dec 7th, but can be cut early if low sales etc. Keep it stocked and cross those fingers**

Cool

    

SH_000151

 ●●○○○ Verizon  LTE          **1:12 PM**           39% 🔋



(845) 420-2789

They said they did not have another location but they said that are bred would not be blocked anymore...

I got you honey wheat order for Monday but you'll have to order Nature's own life as it's an advanced order or maybe the guys have some for you

Ok we will get married next week

[Auto-Reply]  I'm driving right now - I'll get back to you later.

How  r the acme

He put the families in, and the ones I saw looked good.

Mon, Oct 17, 8:45 AM

[Auto-Reply]  I'm driving right

    

SH_000152

  Verizon  LTE   1:12 PM   39% 🔋



(845) 420-2789



Not yet still working on it.
Waiting to hear from Callahan.
I'll let u know asap.

Tue, Oct 18, 3:13 PM

Call me if you can at some
point I have some information

Wed, Oct 19, 8:40 AM

The GSM at Walmart Mohegan
Lake has an special customer
order for 20 GV hot dog rolls
for friday. the only way for me
to fulfill is to do a late add for
Saturday and have him take
product off the shelf Friday. Do
you think you'll have that
quantity at the store Friday?

Yea so they don't pick it up like
the krimpets in shop rite take
off shelf.

   Text Message 

SH_000153

●●○○○ Verizon  LTE          1:12 PM                    39%



(845) 420-2789

Ok I'll put in an order for 18 for Saturday only after I talk to the GSM.

No have them no order

THE guy doesn't want to "deplete the shelf". So after he takes 20 off Friday you don't want replenishment for sat?

Yes

Good call, you have 63 Hots coming friday

Your transfer report Ralph sent to 001 and your daily activity report will be left in your mailbox

Wed, Oct 19, 2:30 PM

Thurs And Fri – almost all Kake in Shrub Oak is stale. Mahopac next

   ( Text Messa ) 

SH_000154

●●○○○ Verizon  LTE    1:12 PM    ◤ 39% ▪️

<  (i)

(845) 420-2789

Same in Mahopac with stale, looking lean with Kake. bag donute are selling like crazy. I talk to a manager and he is allowing us to keep those dump bins in the aisle. So load it up with donuts ASAP if possible that way you can get rid of some of those.

Thu, Oct 20, 5:22 AM

Please complete the transfer Ralph did to 001 back in today and leave paperwork on my keyboard, send me a pic of you can please. Thanks Steve

Call me

Is there a way to see if the krimpets are still in your inventory maybe Callahan just voided it and now you need to do the transfer to Justin

   ( Text Message 

SH_000155

 ●●○○○ Verizon  LTE     1:12 PM          ◀ 39% ◻ 



(845) 420-2789     

Not in inventory

Thu, Oct 20, 4:52 PM

Steve I got blasted by a bunch
of people and didn't get to
check on that Texas toast so I'll
have to swing back through
tomorrow or when you get
back to the depot check on
that please

Yea

Fri, Oct 21, 11:20 AM

Talk to Dave about that Texas
toast when you get back

Please leave me copies of
those transfers from 001 on my
desk

Mon, Oct 24, 1:08 PM

Just to recap, you have 4 cases
fruit Kake and 4 cases cookies

        

SH_000156



••○○○ Verizon  LTE          1:12 PM          ◢ 39% ▬▭

(845) 420-2789

No, just give me 4 shippers
fruit cake

And 4 cookies

Will do.

Tue, Oct 25, 4:10 PM

[Auto-Reply]  I'm driving right
now – I'll get back to you later.

Wed, Oct 26, 7:22 PM

Sorry for the way late text
Steve, hopefulky this doesn't
disturb. The below store is
requesting service tomorrow.
Also I talked to Jake about your
Kake. We'll talk tomorrow.
Thanks.

Speedway 0007724
Location: 1338 Route 52
Carmel, NY 10512-4552



    

 •●○○○ Verizon  LTE          1:12 PM                    ◤ 39% ▬▭



(845) 420-2789

Double apologies, I was
mislead... talk to you tomorrow.

 Ok

Thu, Oct 27, 5:46 PM

Let's talk tomorrow about
Tastykake for what I just sent
you about the next family pack
deal.

Wed, Nov 2, 11:08 AM

Uy year

 What's up

Nothing –

 U txt me

Sorry guys pocket dial...

Phone freaking out apologies

   ( Text Messa  ) 

SH_000158

●●○○○ Verizon  LTE          1:12 PM                    39%

  

(845) 420-2789

Call me when you get a second
I need that load report every
morning please

Fri, Nov 4, 4:34 AM

Leave load sheet please

Fri, Nov 4, 7:44 AM

Give me a call when you get a
chance

Sun, Nov 6, 3:57 PM

I can talk in a bit but wanted to
give a heads up. I've recieved
no communication. From Ethan
as to when he can switch out
the new handheld. I asked if
11pm tonight or 4am tomorrow
was better, and no response.

If he doesn't switch it out at
either of those times then
Monday would be another
handheld less day until he

    

SH_000159



●●○○○ Verizon LTE    1:12 PM    39%

(845) 420-2789

> Then I am not coming in

Ok, I can only imagine how much of a pain it is do go with no handheld. I've spent the last two days trying to help with this. Please do what you can do, and I'll spend whatever time is needed to make sure things get in right.

When the handheld comes in I could program it for you.

> When is it coming in my acme r wiped out my guy said

Should be there with the load tonight. I've texted Bon and told him to charge it.m, and let me know when it gets there.

All we need is Ethan to wake the # up so we can activate....

    

●●○○○ Verizon LTE     1:12 PM     ✈ 39% 🔋

(845) 420-2789

Let me no  need it or not going out without it

Ok. How far from the depot are you. I can try calling/emailing as soon as I get in. Can you go out once activated.

Half hour  can Bon do it tonight

No because Ethan won't get back to me about when he will be available... Matt said the guy likely won't appear until 8ish... I'm going to blow him up though phone/email

Ok let me no

Sun, Nov 6, 6:55 PM

Any word

No

Sun, Nov 6, 9:20 PM

    

SH_000161

 ○○○○ Verizon  LTE          1:12 PM                    39% 



(845) 420-2789

Spoke to Ethan he said have Bon call him

Ok load doesn't come in till 11

Can he takes then

He said to call him

Send me his number

I'll share it with Bon

207 577 9174

Sent to bon told him to call Ethan when the handheld arrives

Tue, Nov 8, 4:48 PM

Still working on that shrink issue I'll keep you posted

Ok thanks

        

SH_000162

 Verizon LTE          1:13 PM           39%

                    

(845) 420-2789

At depot I'll be here for a bit

Thu, Nov 10, 1:41 PM

Mohegan lake al is the manger
find out how many dumps he
wants

What time can u be there
tomorrow

By 9

Thu, Nov 10, 3:49 PM

all your other Acmes will be
good. DO u need more FP's?

Going to c what I have tmr

Ok. If you need talk to Jeff/
Justin- leave a proper note etc.
I'll call AL in a few mins

Ok

                

SH_000163

●●○○○ Verizon  LTE          **1:13 PM**          ⬈ 39% 🔋

<                                          

**(845) 420-2789**

What time will you be at
Mohegan Lake and are you any
north of there before then

No be there by 9

Fri, Nov 11, 7:14 AM

Call me

Fri, Nov 11, 9:00 AM

Steve I just dropped off those
dumps. I got another fire I gotta
put out so I gotta run

Fri, Nov 11, 12:48 PM

There are bad Donuts in my
office that you can use make
sure you transfer a them in
correctly

Bag**

From who

    ( Text Mes a a 

SH_000164

  

•●○○○ Verizon LTE          1:13 PM          ⌅ 39% ▭

                            

(845) 420-2789

Noone , extras in my office until marked

Un - marked

Sat, Nov 12, 1:59 PM

What's the guy's name trying to order

 Greg

Sun, Nov 13, 4:02 PM

Walmart is empty bread in back of store pallets in the way again can't get to my guy spoke to manger gave him hard time

[Auto-Reply]  I'm driving right now - I'll get back to you later.



            ( Text Message )    ⬆

SH_000165

●●○○○ Verizon  LTE                    1:13 PM                    ◀ 39% █▬

<                            (845) 420-2789



I'll have a talk... again.

Shelves r empty

Mon, Nov 14, 9:09 AM

Was the sale price listed in the handheld when ordering?

149

   

SH_000166

 ●●○○○ Verizon   LTE          1:13 PM          ◢ 39% ▭





(845) 420-2789

I talk to a guy about that issue he said he was going to call Acme and let me know what's going on. Also the next X VB is on December 2nd at the registers. So hopefully your stores don't destroy your displays

Mon, Nov 14, 5:23 PM

Do you need wonder dinner rolls for this Friday for that acme ad. We have authorization for hutches, should be in tomorrow. I want to try to sell those in if you want them.

No didn't order

How many u want. 120 per hutch if I can get in.

Sent this last week

    

SH_000167

  

●●○○○ Verizon  LTE            1:13 PM            1 39% ■

(845) 420-2789

ACME
Please prepare for the below if
you can. I left printouts
including UPC in your
mailboxes

Wonder Dinner Rolls 12 ct
2/3.00 11/18-12/29 with AD on
11/18

Cobblestone 18 oz Rye and
Wheat Breads in store display
Bogo 11/18-12/1

Not that many maybe 60 each
that to much

Ok, that number is for a whole
weekend..ur choice. So 60
each store?

Talk to acmes if u go in
tomorrow- I'll need to order
early morn

Doing 2 tmr  Yorktown and

    

●●○○○ Verizon  LTE          1:13 PM              ⬧ 39% 🔋



(845) 420-2789

> Doing 2 tmr  Yorktown and Mohegan

Ok - to be sure. Text me a total qty for all stores.

> Ok

I'll need that number before 6am. Thanks have a good night

**Tue, Nov 15,** 6:07 AM

Last chance do you want rolls for Friday the start of the ad date

> I told u 60 each store

[Auto-Reply]  I'm driving right now - I'll get back to you later.

Reread the conversation. Anyways got you

   

SH_000169

●●○○○ Verizon   LTE      1:13 PM      ◀ 39% ▭



(845) 420-2789

Hey what's that guy's name at Lagrangeville tops trying to make that order

Wed, Nov 16, 12:52 PM

Did you leave the old handheld sitting next to the docking station I need to send back

Dave has it gave it to him

Ok tu

Ty

I'm trying to get wonder bread hutches in for acme promo friday. Try and mention to managers tomorrow if you can, I'll try and make some calls. Enjoy your day steve

Hope get hutches  u ordered it already

   ( Text Me  sag ) 

**SH_000170**

 Verizon  LTE        **1:13 PM**        1  39% 



(845) 420-2789


Got u

Fri, Nov 18, 8:46 AM

Joe Joe is bringing back to hutches you can use. Jeff has a hunch for you. I'm trying to get a fourth how many do you need

I'm doing my best to heop you but I can't help that some moron sent an empty box. Things always go wrong so always double-check to make sure your good early.

Everyone else made sure their hutches were good before today's delivery

I'm working to get you more that maybe you can get in today or tomorrow.

Fri, Nov 18, 11:11 AM

Which stores need hutches

    

SH_000171

●●○○○ Verizon   LTE            1:14 PM              ◤ 39% ▭

 

(845) 420-2789

Which stores need hutches

Tue, Nov 22, 5:07 PM

Earlier you said have a good Thanksgiving. You're working tomorrow right? Thursday's deliveries come tomorrow from what I left in the distributor room notating that

I'm new to Thanksgiving bread stuff so just asking

Wed, Nov 23, 6:53 AM

Steve what's your plan you're not going to work today, your not going to work tomorrow and you're not going to work Friday?

Wed, Nov 23, 8:10 AM

Thanks again and disregard that voicemail Callahan stressing me out today

                      

SH_000172

••○○○ Verizon  LTE                    1:14 PM                        ⬩ 39% ▭

  

(845) 420-2789

> Np shut phone off tmr

Fri, Nov 25, 11:52 AM

If you haven't already make sure you have no cake orders coming in for next week next Friday



Wed, Nov 30, 1:45 PM

    i  Texr px   c  iE  

SH_000173

●●●○○ Verizon   LTE                 1:14 PM                    ✈ 38% ▮▯





(845) 420-2789

Are you doing Shrub Oak
tomorrow

Yes

Ok - I'll tell them ur servicing
then. Thanks

Cake also

Yeah they said they were
looking like there guy sent me a
picture

Thu, Dec 1, 2:20 PM

Hey Steve- any idea how many
tub COOKIES and Fruit kakes
you have in store and at the
DC?

Only cookies there

2

                        

SH_000174

●●●○○ Verizon   LTE          1:14 PM         ⚡ 38% ▭

‹                    


(845) 420-2789

Ok ty

> Any word for tmr

No- as of now I have 50 places
to be and only 1 small bottle of
KY. If you only knew.... almost
an impossible Job

I had to leave the depot. Would
you happen to remember if you
have pecans spins, baked pies,
single serve Donuts, or single
serve Honey Buns coming in on
that order tomorrow?

> I think honey buns 144

[Auto-Reply]  I'm driving right
now - I'll get back to you later.

Ok thanks - I may need to
order under route guys
tomorrow am for the next SS
xvb. If you see any of the items
I listed tomorrow am please let

          

SH_000175



●●●○○ Verizon   LTE          1:15 PM          ✈ 38% 🔋

‹                                                      ⓘ

(845) 420-2789

If I order extra single serve
under Jeff route. What sold
most out of your stores



Baked pies

Baked pies

[Auto-Reply]  I'm driving right
now – I'll get back to you later.

Fri, Dec 2, 7:48 AM

If you want any shippers
ordered for the single-serve XV
be under your out let me know.
Otherwise I'll try to order extra
under a company route only if
you use them. Not sure if
there's a baked pie shipper but
I'll look

Under your route ** send a qty



Iced bake pies

                      ⬆

SH_000176

●●○○○ Verizon   LTE          1:15 PM              ⌁ 38% ▭

 


(845) 420-2789

Mon, Dec 12, 9:33 AM

I have an extra printer you'll have to talk to Dave but I can't send an email cuz I'm on the road call Ethan and tell him what's going on and let him know I have a spare

I'll call him

You didn't answer I would try him too

Thu, Dec 15, 4:13 AM

My boss is asking for the Isle flow of your shop rite today.

For example
Left to Right
PF 3 ft
Arnold 4 ft
Freihofer 5 ft
PL 7 ft
Etc...

            

SH_000177



•●○○○ Verizon  LTE        1:15 PM        ⚡ 38% 🔋

(845) 420-2789

Ok

Tue, Dec 6, 10:08 AM

How many feet of space in Shop Rite do you have for both Kake and Bread?

No cake just bread not sure

2 ft? 3 ft? No idea?

A litter more then 3 I think

Ok thanks Steve

Np we getting more

Not atm. I'll let you know. In my endless bag of possibilities.

Fri, Dec 9, 1.13 PM

Justin says he needs fried pies

   

SH_000178

 ●●○○○ Verizon  LTE          **1:15 PM**          ⏷ 38% ▮▯



(845) 420-2789          

PF 3 ft
Arnold 4 ft
Freihofer 5 ft
PL 7 ft
Etc...

If you get an extra minute in the store could you either estimate that for me, or if easier just take pictures of the isle?...it would help me a lot. Thanks for any help you can give me.

> For what  they could leave the office and do it themselves

AGREED. But I'm the scapegoat and I have a slew of them I need today. If you can help, please let me know, otherwise.. KY

I think they want to know if other vendors are taking our space

              

**SH_000179**

••○○○ Verizon   LTE          **1:15 PM**              ◀ 38% ▮

<               ⓘ

(845) 420-2789
~~Thu, Dec 15, 7:29 AM~~

Call Matt after 2 so there's
double communication I want
to make sure there's no issues


No

Just printed all invoices from
12/12 for you. Leaving in inbox
per your request.

ThNks

Thu, Dec 15, 8:53 AM

Matt gave me some instruction
about this if you have a minute
give me a call



                      

**SH_000180**



●●○○○ Verizon   LTE   1:15 PM   38%

(845) 420-2789

Shop rite Peekskill

He is wanting the whole isle if possible pls, all vendors

Please use the second option of the group text regarding stop and shop tk

Thu, Dec 15, 10:32 AM

I just did what needed to be done for the Stop & Shop if you give me a call and I can explain

Thu, Dec 22, 1:24 PM

Give me a call if you get a chance

Sat, Dec 24, 9:06 AM

   

SH_000181

●●○○○ Verizon   LTE          1:15 PM              ⚹ 38% ▮▭

(845) 420-2789

Thanks again for that card appreciate

You welcome Steve, you and your family have a good Holiday

Mon, Dec 26, 1:22 PM

Hope you had a good holiday Steve just FYI I left an Acme promo and Stop and Shop dkb promo in your mailbox

Tue, Dec 27, 7:21 AM

Cut all cake for next Tuesday

[Auto-Reply]  I'm driving right now - I'll get back to you later.

Tue, Dec 27, 4:32 PM

John in somers and Charlie in Peekskill

     

SH_000182

 ●●○○○ Verizon   LTE          1:15 PM          ⌐ 38% ▇█



(845) 420-2789

John in somers and Charlie in Peekskill

[Auto-Reply]  I'm driving right now - I'll get back to you later.

Wed, Dec 28, 12:41 PM

Peekskill wants the DKB display. SOMERS THE guy is off today.

Fri, Jan 6, 11:39 AM

Just fyi Acme:

Just an FYI, Acme will have SS Pies/Pecan Swirls/SS Mini Donuts and SS Honey Buns 10/$10 starting next Friday 1/13 thru Sunday 1/29.

This will NOT be an XVB event. Also Family Packs will stay 2/$5 till Sunday 1/22 after the 4 day sale that starts this Friday.

            

●●○○○ Verizon  LTE                    1:15 PM                    ⌕ 38% ◼️▭

‹                                             ⓘ

(845) 420-2789

This will NOT be an XVB event.
Also Family Packs will stay 2/$5
till Sunday 1/22 after the 4 day
sale that starts this Friday.
One last thing, you should see
the Family Packs go to $2.99
every day starting on 1/23. You
probably have $4.49 tags up
currently, Acme
wanted to take the EDLP's up
to $4.19 but after a week of
negotiating we were able to
keep them at $2.99. We will
lose the savings tag
as these will now be our
everyday price and not an
EDLP.

Sat, Jan 7, 9:40 AM

U call? Everything ok?

Call me when u can

Sat, Jan 7, 1:54 PM

            

SH_000184

 ●●○○○ Verizon   LTE       1:15 PM        38% 



(845) 420-2789

Is this you? A ticket was sent in.

Incident Reported : 01/07/2017 09:26AM
Operating Company : Stop & Shop New York Metro
Location : 0513
Address : 80 Birdsall Road
City, State, Zip : Somers, NY 10589
Associate Name : HARINDER SINGH
Telephone Number : 914-628-5602
Description : no delivery on 1-16-17
Notified Vendor: N
First Vendor Contacted: None
Brand Name: wonder
UPC:

What is that

Stop and shop complai.

                          

SH_000185

 ●●○○○ Verizon   LTE          1:16 PM          ⬈ 38% ▮



(845) 420-2789



What is that

Stop and shop complai.
Number is there

Complaint

Fri, Jan 20, 7:34 AM

Cut 16 units from Bjs

[Auto-Reply]  I'm driving right
now - I'll get back to you later.

Fri, Jan 20, 9:24 AM

can you be specific please on
exactly what type of unit needs
cut

Double bag natures own honey
wheat 16 units

[Auto-Reply]  I'm driving right
now - I'll get back to you later.

Ty Steve

                          

SH_000186

  

●●○○○ Verizon   LTE          1:16 PM          ⚡ 38% 🔋

(845) 420-2789

Ty Steve

Thu, Feb 2, 10:50 AM

Hey Steve – just a reminder Acme next Friday is selling family packs for 1.99 for 29ndays, followed by a 7 day 2/5. Not XVB. But there are requests to the president of ACME to allow displays if you want to ask for one. I left info at the Depot in your mailbox

Need to order it

You order today for next week, just take a look at that sheet to get an idea.

Thu, Feb 2, 2.07 PM



                  

SH_000187

 ••○○○ Verizon   LTE          1:16 PM           38% ▮





(845) 420-2789



Fri, Feb 3, 8:23 AM

3 cases of everything krimpets bells coffee cakes butter cream dreamies chocolate cup cakes

[Auto-Reply]  I'm driving right now - I'll get back to you later.

Fri, Feb 3, 10:37 AM

                  

SH_000188

 ●●○○○ Verizon   LTE   1:16 PM   ⬈ 38% 🔋



(845) 420-2789

After the show stops maybe hit some of it tonight.

Start shoveling it

I'm already gone but you can call and ask Tino. Maybe if you pay him enough to do it for you

Fri, Feb 10, 7:13 AM

36 units Of each. Chocolate juniors, coconut juniors, krimpets, kandy cakes, dreamies, bells

Fri, Feb 10, 9:08 AM

You took pecans from Ray to write

Yes

Fri, Feb 10, 4 11 PM

**Werner – Plowing**   WP  ❯

              

**SH_000189**

 ••○○○ Verizon   LTE          **1:16 PM**           38% ▮



(845) 420-2789



Sat, Feb 11, 11:21 AM

Did you take from 1196 or 7949 yest?

 What

For Acme, did you get Kake from 7949 (ray) or 1196? Or both.

I told u from ray and u gave it back to him who is. 1196

Mon, Feb 13, 7:47 AM

Morning Steve still trying to memorize who has what. Do you have Dollar General in Peekskill?

 No

            

●●○○○ Verizon   LTE          1:16 PM          ◢ 38% ▭





(845) 420-2789

Peekskill?

No

K ty

Mon, Feb 13, 10:31 AM

There is a shipper here

Nice, just to see if Justin needs it if not ur good, I can order a replacement for next week.

Store manager knows ur coming and will take the shipper

Let me no

It's 7696 right?

Yes

[Auto-Reply] I'm driving right






SH_000191

●●○○○ Verizon   LTE          **1:17 PM**          ⬆ 38% ▱

‹                                        ⓘ

(845) 420-2789

[Auto-Reply] I'm driving right now - I'll get back to you later.

It's all yours let me know once it gets to DG tomorrow please. Thanks Steve

Np transfer in from Justin right

Yep I'll tell him to do the sane - honeybun shipper

Mon, Feb 20, 10:21 AM

I would also call Ethan to tell him of the situation too in addition to my email.

**Ethan Chaffin - Cell**   EC   ›

Thu, Feb 23, 11:38 AM

Cut me 40 natures own honey wheat and plus me 48 wonder 20 oz

                          

**SH_000192**

●●○○○ Verizon   LTE          1:17 PM           38%

 

(845) 420-2789

 Thanks

Tue, Feb 28, 11:18 AM

The guys name is Mike

Ok thanks

Tue, Feb 28, 1:26 PM

Also just a heads up Looks like
next Friday there's going to be
a 5 for $10 family pack deal at
Acme. Same situation as before
if you want to do anything
dump in wise.

Tue, Feb 28, 2 51 PM

 Is it in flyer and up front

Not up front, yes advertised.
Could do a dump in again, your
choice just letting you know.

Did you ask walmart if Mike

                      

**SH_000193**

 ●●○○○ Verizon   LTE   **1:17 PM**   ↗ 38% ◼️



(845) 420-2789

Thu, Mar 2, 7:13 AM

[Auto-Reply]  I'm driving right now - I'll get back to you later.

Good luck today man thanks for meeting Matt at 9:45. Give him a call if you want I hope this guy lets you in Walmarts a good store

Thu, Mar 2, 10:31 AM

DAVE rumler

Okay you're good here give me a call when you can I spoke with Jason grocery manager. He'll be here Friday and Saturday of this week

Thu, Mar 2, 5.03 PM

Sorry for the late text I have news about ShopRite give me a call if you want

       

**SH_000194**

 •●○○○ Verizon  LTE          1:17 PM            ⬈ 38% ▪️



(845) 420-2789

Store 513 will have their grand reopening Friday March 10th We need to make sure the store is 100% to standard (shelves  cleaned, neat, organized, merchandised, correctly and packed out to tag) All commercial bakery vendors must be off the sales floor by 8:00 am. The store will begin receiving at 5:30 am on 3/10 for deliveries.

Mon, Mar 6, 3:54 PM

For the routes that went home without having used their Hand-held for Monday.

All routes need to
Accept their Monday load.
Place at least their cake order for Next Tuesday while the delivery date on the handheld is Monday.
Ideally make the Monday

            

SH_000195

 ●●○○○ Verizon  LTE          1:17 PM          ✈ 38% 🔋





(845) 420-2789

Deliver as usual.

Yea sure tell them to get there act together

Wed, Mar 8, 9:10 AM

Call u back shortly

Thu, Mar 9, 11 43 AM

Jeff Edelen        JE  

Justin Vasquez    JV  >

Fri, Mar 10, 11 17 AM

24 wonder 20 oz 24 no wheat bread

Recieved

Fri, Mar 10, 4 01 PM

Did ray do transfer

                      

**SH_000196**

 ●●○○○ Verizon  LTE          **1:17 PM**          ◀ 38% ▬▬◣



(845) 420-2789          

Did ray do transfer

[Auto-Reply]  I'm driving right now – I'll get back to you later.

He told me he was doing it tomorrow

Mon, Mar 13, 4:25 PM

SS Pies (Baked or Glazed) ADVERTISED starting next Friday 3/24 at $0.75. This will be on SS Pies only, SS Mini Donuts, SS Honey Buns and Pecan Swirls will remain at 10/$10 till Sunday 4/1. Susan Voelkner the Center Store Specialist at Acme is committing to at the minimum 2 dumps for the baked pies and multiple shippers for the glazed pies

Hard to say about dump ins.. each store is different

              

**SH_000197**

●●○○○ Verizon   LTE                     1:17 PM                     ⬈ 38% ▭

<                                               (i)

(845) 420-2789

Wed, Mar 15, 8:00 AM

Tops is requesting a delivery
today is there any way to get
that done?

Wed, Mar 15, 11:31 AM

Hey Steve did you make it to
Tops yet?

Thu, Mar 16, 9:43 AM

Did you want any Baked Pies
for next Friday? I sent you the
info four texts up

Or fried pie shippers for next
Friday?

Fri, Mar 17, 7:42 AM

Please call me if you got a
quick second

> 8 fried pie shippers

                        

SH_000198



●○○○○ Verizon   LTE        1:17 PM           ⌁ 38% ▊



(845) 420-2789

If you can't hit me back with a text in a minute how many cases from Jeff for next week's xvb do you need. I'm trying to order for Friday for Jeff and I don't want to screw myself by ordering too much

None

112 wonder 20 oz. , 40 Natures Own Honey, 16 Natures Own Butter bread, 16 Natures Own wheat , 16 Home Pride cut

[Auto-Reply]  I'm driving right now - I'll get back to you later.

For Monday

Friday 2:43 PM

Just a heads up I have a reset in your caramel Tops Market at 8 a.m. next Wednesday. Talk to you Monday about it

                

SH_000199



•• ○○○ Verizon   LTE                1:17 PM                    ✈ 38% 🔋

(845) 420-2789

> There is something wrong with my statement with the cash like I said something was going to happen find out tmr what was my cash collected for the week

I just sent an email about this. I'll follow up tomorrow. Always something...

Also emailed Walmart corporate etc.. still working on the wheat bread issue. I'll let you what I find out tomorrow.

> Ok let me no

Today 10:16 AM

Call me when you get a minute I just got you hooked up



   



SH_000201



SH_000202