UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

ROSS SCHUCKER, TOM SHAFFER, VIRGILIO VALDEZ, EDWARD FRYAR, STEVEN HEINRICH, SHAY BAUER, SHANE BOWER, on behalf of themselves and all other employees similarly situated,

          Plaintiffs,

-v-

FLOWERS FOODS, INC., LE PAGE BAKERIES PARK ST., LLC, C.K. SALES CO., LLC, JOHN DOE 1-10,

          Defendants.

------------------------------------------------------------------

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: October 6, 2017 |

16-cv-3439 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court held a telephonic status conference on October 6, 2017.

Accordingly, all dates previously scheduled are hereby ADJOURNED. The parties shall submit a status report **not later than December 12, 2017.**

SO ORDERED.

Dated:    New York, New York
          October 6, 2017

                                      _____
                                        KATHERINE B. FORREST
                                       United States District Judge