# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-8338
MWLAMPE@JONESDAY.COM

December 11, 2017

VIA ECF & E-MAIL

The Honorable Katherine B. Forrest
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

> Re:   Schucker, et al v. Flowers Foods, Inc., et al, No. 16-cv-3439 (KBF)

Dear Judge Forrest:

We represent Flowers Foods, Inc., Lepage Bakeries Park Street, LLC, and C.K. Sales Co., LLC (collectively, "Defendants") in the above-referenced matter, but I write on behalf of all parties. Pursuant to the Court's October 6, 2017 order (Docket No. 119), the parties write to provide a status report concerning mediation and efforts to reach a settlement in this action.

On November 29, 2017, the parties participated in a mediation with Hon. Shira Scheindlin (Ret.). The parties did not reach a resolution at the mediation, but continue to discuss settlement possibilities. To allow time for the parties to continue these discussions, the parties request that the Court (i) continue to adjourn all case proceedings, and (ii) set a deadline of Friday, January 5, 2018 for the parties to submit another status report.

If the parties' request meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

Respectfully submitted,

s/ Matthew W. Lampe

Matthew W. Lampe

*So ordered. Do not expect another extension. We'll have to proceed if you do not settle.  KBF USDJ*

Cc:   Randy J. Perlmutter
Attorney for Plaintiffs

*12/11/17*

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Honorable Katherine B. Forrest
December 11, 2017
Page 2

IT IS SO ORDERED.

DATED: _____      _____
                                   Hon. Katherine B. Forrest
                                   United States District Judge

2