# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-8338
mwlampe@JonesDay.com

February 28, 2018

VIA ECF & E-MAIL

The Honorable Katherine B. Forrest
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

  Re: Schucker, et al v. Flowers Foods, Inc., et al, No. 16-cv-3439 (KBF)

Dear Judge Forrest:

  We represent Flowers Foods, Inc., Lepage Bakeries Park Street, LLC, and C.K. Sales Co., LLC (collectively, "Defendants") in the above-referenced matter, but I write on behalf of all parties. Pursuant to the Court's January 8, 2018 order (Docket No. 130), the parties write to report that they have reached an agreement in principle to settle this action on a classwide basis. The parties request until March 30, 2018, to submit motions for provisional certification of a settlement class and preliminary approval of the settlement, along with the proposed settlement agreement and related papers.

  If the parties' request meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

           Respectfully submitted,

           s/ Matthew W. Lampe

           Matthew W. Lampe

Cc: Randy J. Perlmutter
   Attorney for Plaintiffs

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Honorable Katherine B. Forrest
February 28, 2018
Page 2

IT IS SO ORDERED.

DATED: _____    _____
                                                                    Hon. Katherine B. Forrest
                                                                    United States District Judge